UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 19-cr-10016-DPW |
| | ) | |
| JOQUENTZ CONSTANT | ) | |

DEFENDANT'S MOTION FOR A JUDGMENT OF ACQUITTAL

Defendant Joquentz Constant, by counsel, hereby moves, pursuant to Fed. R. Crim. Pro. 29(a), for a judgment of acquittal on the charge of felon in possession of a firearm on the ground that the evidence is insufficient to sustain a conviction due to insufficient proof that defendant possessed the firearm. This motion formalizes the oral motion made at the close of the government's case and thereafter renewed.

Respectfully submitted,
JOQUENTZ CONSTANT
By his Attorney,

/s/ Charles P. McGinty
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 24, 2020.

*/s/ Charles P. McGinty*
Charles P. McGinty